| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Transferring Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED SOUTHERN DISTRICT OF INDIANA LAURA A. BRIGGS CLERK FEB 11 AM 10:48 | 1:03CR-59-01 |
| | | DOCKET NUMBER *(Receiving Court)* |
| | | **MAGISTRATE JUDGE COLE** 08CR 0158 |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT SD/IN **JUDGE HIBBLER** | DIVISION Indianapolis |
|---|---|---|
| Dion Baugh | NAME OF SENTENCING JUDGE The Honorable Sarah Evans Barker | |
| FILED IN FEB 25 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | DATES OF PROBATION/SUPERVISED RELEASE | FROM 6/1/08 — TO 5/31/11 |

**OFFENSE**

Conspiracy to Make False Statements in Connection with Acquiring Firearms, Aiding and Abetting the Acquisition of a Firearm by False Statement, Felon in Possession of a Firearm.

### PART 1 - ORDER TRANSFERRING JURISDICTION

*United States District Court for the Southern District of Indiana*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Northern** District of **Illinois** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 2/13/08 | *Sarah Evans Barker* |
|---|---|
| Date | United States District Judge |

**ENTERED FEB 14 2008 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA**

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

*United States District Court for the* **Northern** *District of* **Illinois**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| FEB 20 2008 | *[signature]* |
|---|---|
| Date | United States District Judge |